NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SKULL SHAVER, LLC,**
*Plaintiff-Appellant*

**v.**

**IDEAVILLAGE PRODUCTS CORP.,**
*Defendant-Appellee*

_____

2023-1457

_____

Appeal from the United States District Court for the District of New Jersey in No. 2:18-cv-03836-EP-AME, Judge Evelyn Padin.

_____

**JUDGMENT**

_____

AHMED M. SOLIMAN, Soliman & Associates, PC, Cherry Hill, NJ, argued for plaintiff-appellant.

MICHAEL J. ZINNA, Kelley Drye & Warren, LLP, New York, NY, argued for defendant-appellee. Also represented by VINCENT FERRARO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE, *Circuit Judge,* and ALBRIGHT, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Alan Albright, District Judge, United States District Court for the Western District of Texas, sitting by designation.